UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK SILVERSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBUS MEDICAL, INC., DAVID C. PAUL, RICHARD A. BARON, DAVID M. DEMSKI, and STEVEN M. PAYNE,<br><br>Defendants. | CIVIL ACTION NO. 15-cv-5386-WB |

[PROPOSED] ORDER GRANTING MOTION OF
AUSTIN J. WILLIAMS FOR APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF LEAD COUNSEL FOR THE CLASS

AND NOW THIS 14th day of January, 2015 it is hereby **ORDERED** and that the Motion of Austin J. Williams for Appointment as Lead Plaintiff and for Approval of Lead Counsel for the Class is hereby **GRANTED** as follows:

1. If any other case alleging claims arising out of the same or substantially similar facts as alleged in this action is filed in this Court or transferred from here or another court ("Related Case"), the clerk shall (a) file a copy of this Order in the separate file for the related case; (b) mail a copy of this Order to counsel for the plaintiff(s) in the Related Case; (c) mail a copy of this Order to counsel for each defendant in the Related Case not already a party to any case then included in these consolidated actions; and (d) make an appropriate entry in the Master Docket, indicating that the Related Case is consolidated with this action.

2. The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might be properly consolidated as part of this action pursuant to the provision of this Order.

3. Pursuant to 15 U.S.C. §78u-4(a)(2)(B), Austin J. Williams the putative Class member most capable of adequately representing the interests of Class and is, therefore, appointed as Lead Plaintiff in this action.

4. Pursuant to 15 U.S.C. §78u-4(a)(2)(B)(v), Lead Plaintiff's selection of Glancy Prongay & Murray, LLP and the Rosen Law Firm, P.A. as Co-Lead Counsel in this case is approved.

5. The organizational structure established by this Order binds plaintiffs' counsel in all actions, including actions filed or transferred subsequent to the date of this Order.

6. All specific assignments to perform tasks in this action shall be apportioned by Co-Lead Counsel in such a manner as to further the orderly and efficient prosecution of this action and each related action to avoid duplicative or unproductive effort and unnecessary burdens and expenses to the parties.

7. Co-Lead Counsel shall have the following duties and responsibilities to perform or delegate as appropriate:

    a. To direct and execute on behalf of Plaintiff all pleadings and filings with the Court;

    b. To brief and argue all motions;

c. To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

d. To direct and coordinate the examination of witnesses in depositions;

e. To appoint a spokesperson for plaintiffs at pretrial conferences;

f. To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

g. To initiate and conduct any settlement negotiations with counsel for Defendants;

h. To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

i. To consult with and employ experts;

j. To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately for the benefit of plaintiffs, and to determine the allocation of any attorneys' fees;

k. To direct all pretrial proceedings, trial preparation, trials and post-trial proceedings; and

l. To perform such other duties as may be required by the case or expressly authorized by further order of this Court.

8. Service of pleadings and other papers by defendants shall be made upon plaintiffs' Local Counsel, who is authorized and directed to accept service of such pleadings and other papers on behalf of all plaintiffs in this action.

SO ORDERED this 14th day of January, 2015.

_____
HONORABLE WENDY BEETLESTONE
UNITED STATES DISTRICT JUDGE