result of their wrongful conduct, Lead Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's common stock during the Class Period.

78.     This action was filed within two years of discovery of the fraud and within five years of Plaintiff's purchase of securities giving rise to the cause of action

## PRAYER FOR RELIEF

**WHEREFORE**, Lead Plaintiff prays for relief and judgment, as follows:

A.     Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

B.     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees;

C.     Awarding rescission or a rescissory measure of damages; and

D.     Awarding such equitable/injunctive or other relief as deemed appropriate by the Court.

## JURY TRIAL DEMANDED

79.     Plaintiffs hereby demand a trial by jury.

Dated: February 19, 2016                    Respectfully Submitted,

                                                        THE ROSEN LAW FIRM, P.A.

                                                        Jacob Goldberg (PA 66399)
                                                        Keith R. Lorenze (PA 205689)
                                                        101 Greenwood Avenue, Suite 440
                                                        Jenkintown, PA  19046
                                                        T: (215) 600-2817
                                                        F: (212) 202-3827
                                                        Email: jgoldberg@rosenlegal.com
                                                                   klorenze@rosenlegal.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sandler
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
T: (310) 201-9150
F: (310) 201-9160

*Attorneys for Lead Plaintiff,*
*Austin J. Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 19, 2016, a true and correct copy of the foregoing

Amended Complaint was filed and served by electronic means to all CM/ECF participants.

Dated: February 19, 2016

Jacob Goldberg