IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK SILVERSTEIN,**<br>    **Plaintiff,**<br><br>    v.<br><br>**GLOBUS MEDICAL, INC., DAVID C. PAUL, RICHARD A. BARON, DAVID M. DEMSKI and STEVEN M. PAYNE,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 15-5386** |

## NOTICE

The above-captioned case has been **RESCHEDULED** for an Oral Argument Hearing on the Motion to Dismiss (Document No. 20) on **Monday, August 10, 2016, at 10:00 A.M.**, before the Honorable Wendy Beetlestone in Courtroom 3B, 601 Market Street, Philadelphia, PA 19106.

                                                        Very truly yours,

                                                        */s/ A.M. Wilson*
                                                        A.M. Wilson
                                                        Civil Deputy Clerk to the
                                                        Honorable Wendy Beetlestone
                                                        267-299-7450

Dated: 06/09/16