IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK SILVERSTEIN,**  <br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **GLOBUS MEDICAL, INC., DAVID C. PAUL, RICHARD A. BARON, DAVID M. DEMSKI and STEVEN M. PAYNE,**  <br>            **Defendants.** | **NO. 15-5386** |

### O R D E R

**AND NOW**, this 24th day of August, 2016, upon consideration of Defendants' Motion to Dismiss Amended Class Action Complaint (ECF No. 20), the Plaintiff's opposition (ECF No. 4), Defendants' reply (ECF No. 27), oral argument held on August 10, 2016, Plaintiff's August 11, 2016 letter brief (ECF No. 33), and Defendants' August 16, 2016 letter brief (ECF No. 34), **IT IS HEREBY ORDERED** that the motion to dismiss is **GRANTED**.

                                                            BY THE COURT:

                                                            /S/WENDY BEETLESTONE, J.
                                                            _____
                                                            **WENDY BEETLESTONE, J.**